IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

**CRIMINAL NO. 2:05CR202**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| **MARK PARKER HOWARD** ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the hearing on the Defendant's supervised release violation from the November 20, 2006, calendar.

**IT IS, THEREFORE, ORDERED** that this case is continued from the November 20, 2006, sentencing calendar and is hereby **RESCHEDULED** for hearing on **TUESDAY, NOVEMBER 28, 2006, AT 10:30 AM, in Asheville, North Carolina**.

Signed: November 15, 2006

Lacy H. Thornburg
United States District Judge