IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:05CR202

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| MARK PARKER HOWARD ) | |

**THIS MATTER** is before the Court on Defendant's motion to stay his reporting date until July 5, 2007.

For the reasons set forth in the motion,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **ALLOWED**, and the Defendant's reporting date to the designated prison facility is hereby **DEFERRED** to and including July 5, 2007.

The Clerk of Court is directed to provide copies of this Order by facsimile transmission to the Defendant's attorney, the United States Attorney, the United States Marshal, the United States Probation Office, and to the Warden of the designated prison facility.

Signed: June 26, 2007

Lacy H. Thornburg
United States District Judge